UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IDA McCRAE, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 3:14-cv-01868 (VAB) |
| v. : | |
| : | |
| CAROLYN COLVIN, : | |
| Acting Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

**RULING AND ORDER**

Upon review under 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges, and there being no objections to the Recommended Ruling of United State Magistrate Judge William I. Garfinkel (ECF No. 21), that Recommended Ruling is hereby **APPROVED AND ACCEPTED**.  The caption and body of the Recommended Ruling are hereby amended so that Plaintiff's name reads "Ida McCrae."  Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 17) is **GRANTED**.  Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 15) is **DENIED**.  The Clerk shall enter judgment accordingly, and close this case.

SO ORDERED at Bridgeport, Connecticut this fourth day of April, 2016.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE